ACCEPTED
05-17-00422-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:15 AM
LISA MATZ
CLERK



**DALLAS COUNTY**
DISTRICT ATTORNEY
FAITH JOHNSON
Appellate Division

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:15:25 AM
LISA MATZ
Clerk

January 31, 2018

Ms. Lisa Matz
Clerk of the Court
Court of Appeals, Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:   Cause No. 05-17-00422-CR; *Darrion Dwayne Dallas v. The State of Texas*;
      Notice of Counsel for the State of Texas

Dear Ms. Matz:

I will be representing the State of Texas in this appeal.

Sincerely,


 /s/ Marisa Elmore
Marisa Elmore
*Assistant District Attorney*
Dallas County, Texas
State Bar No. 24037304

cc:   Ms. Riann Moore, Assistant Public Defender
      Via e-service to riann.moore@dallascounty.org

133 N. RIVERFRONT BLVD., LB–19, DALLAS, TEXAS 75207-4399                214-653-3625